NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-941

ROBERT EDENS, SR. AND CAROL EDENS

VERSUS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY AND ELLA C. LACOMBE

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 209,176
HONORABLE B. DEXTER RYLAND, DISTRICT JUDGE

**********

J. DAVID PAINTER
JUDGE

**********

Court composed of Jimmie C. Peters, J. David Painter, and James T. Genovese, Judges.

GENOVESE, J. dissents and assigns written reasons.

AFFIRMED.

Sam C. Giordano
P.O. Box 991
Alexandria, LA 71309
Counsel for Plaintiffs-Appellants:
    Robert Edens, Sr. and Carol Edens

David A. Hughes
P.O. Box 1831
Alexandria, LA 71309-1831
Counsel for Defendants-Appellees:
    State Farm Automobile Insurance Company
    and Ella C. LaCombe